Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C09-3267 PJH |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| AERO DRYWALL, INC. *dba* AERO DRYWALL CONSTRUCTION, a California corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant AERO DRYWALL, INC. doing business as AERO DRYWALL CONSTRUCTION.  Defendant has not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

/ / /

/ / /

/ / /

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C09-3267 PJH

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 23rd day of April, 2010, at San Francisco, California.

4                                        SALTZMAN & JOHNSON
5                                        LAW CORPORATION

6
7                               By:_____/s/_____
                                          Michele R. Stafford
8                                           Attorneys for Plaintiffs

9  IT IS SO ORDERED.
10  This case is dismissed without prejudice and the Court shall retain jurisdiction over this
11  matter.
12
13  Date:_4/23/10_____     _____
14                                     UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED. Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On April 23, 2010, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by First Class U.S. Mail by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

*Attorney for Defendant:*

**Roger M. Mason.
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos, California 95032**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of April, 2010, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE
Case No.: C09-3267 PJH**

P:\CLIENTS\PATCL\Aero Drywall\Pleadings\C09-3267 PJH - Notice of Voluntary Dismissal 042310.DOC